**MODIFY and AFFIRM; and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00447-CR
No. 05-14-00448-CR
No. 05-14-00449-CR
No. 05-14-00450-CR
No. 05-14-00451-CR

**CHASON MATTHEW ODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-73045-U, F10-63919-U, F10-63918-U, F10-63917-U,**
**F08-73489-U**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Chason Matthew Oden appeals five convictions, following the adjudication of his guilt, for four offenses of possession with intent to deliver a controlled substance (3,4–methylenedioxy methamphetamine, methamphetamine, and cocaine) in an amount of four grams or more but less than 200 grams and one aggravated promotion of prostitution offense. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 481.112(a), (d), 481.113(a), (d) (West 2010 & Supp. 2014); TEX. PENAL CODE ANN. § 43.04(a) (West Supp. 2014). The trial court assessed punishment at twenty years'

imprisonment for each drug conviction and ten years' imprisonment for the aggravated promotion of prostitution conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we find an error in the judgments adjudicating guilt in cause nos. 05-14-00447-CR and 05-14-00448-CR. The judgments erroneously state the statute for the offenses as "481.112 Health and Safety Code," which pertains to drugs listed in penalty group one. Appellant was convicted for possession with intent to deliver 3,4–methylenedioxy methamphetamine, a drug listed in penalty group two. Accordingly, we modify the judgments to show the statute for the offense is "481.113 Health and Safety Code." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

In cause nos. 05-14-00447-CR and 05-14-00448-CR, we affirm the trial court's judgments adjudicating guilt as modified. In cause nos. 05-14-00449-CR, 05-14-00450-CR, and 05-14-00451-CR, we affirm the trial court's judgments adjudicating guilt.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140447F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHASON MATTHEW ODEN, Appellant

No. 05-14-00447-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the  291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-73045-U).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "481.113 Health and Safety Code."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHASON MATTHEW ODEN, Appellant

No. 05-14-00448-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the  291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-63919-U).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "481.113 Health and Safety Code."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHASON MATTHEW ODEN, Appellant

No. 05-14-00449-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-63918-U).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **AFFIRMED.**

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHASON MATTHEW ODEN, Appellant

No. 05-14-00450-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-63917-U).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED.**

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHASON MATTHEW ODEN, Appellant

No. 05-14-00451-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District Court of Dallas County, Texas (Tr.Ct.No. F08-73489-U).
Opinion delivered by Justice Lang-Miers, Justices Francis and Whitehill participating.


Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **AFFIRMED.**


Judgment entered July 29, 2015.